# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DEL ROSARIO GODINEZ,<br><br>             Petitioner,<br><br>     v.<br><br>WARDEN, ETC., ET AL.,<br><br>             Respondents. | No. ED CV 26-3568-CV(E)<br><br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part and:  (a) ordering Respondents to release Petitioner (A# 216-639-729) from detention immediately, subject to reasonable conditions; (b) declaring that Petitioner's detention violated applicable regulations and Petitioner's due process rights; (c) enjoining Respondents from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a

neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 5, 2026.

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE