JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOURDES DEL ROSARIO GODINEZ,<br>Petitioner,<br>v.<br>WARDEN, ETC.,, ET AL.,<br>Respondents. | No. ED CV 26-3568-CV(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 216-639-729) from detention immediately, subject to reasonable conditions; (b) declaring that Petitioner's detention violated applicable regulations and Petitioner's due process rights; (c) Respondents are enjoined from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and

///

///

///

///

///

///

convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: August 5, 2026.

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE